Phœbe Smith, as *Executrix, etc.*, and others, *Appellants, v.* William O'Gorman and others, *Respondents.* — Order affirmed, with ten dollars costs and disbursements, on the ground that the case is not one in which the Code has provided for the substituted service of a summons, and the court had no jurisdiction over the action.

The People of the State of New York, *Plaintiff, v.* The Third Avenue Savings Bank, *Defendant.* — Order and judgment affirmed, with costs.

Henry A. Smith, *Appellant, v.* Zoe A. M. Fournel, *Respondent.*— Order affirmed, without costs.

James Morrison, *Respondent, v.* James H. L'Hommedieu, *Appellant.* — Order affirmed, with ten dollars costs and disbursements.

Cornelius B. McCrelis, *Respondent, v.* William F. Decker, *Appellant.* — Order modified by striking out the words " or any similar name, or any part thereof," and affirmed as modified, without costs.

Jane Schuloff, *Administratrix, etc., Respondent, v.* The Co-operative Dress Association (Limited), *Appellant.*

Same *v.* Same — Orders reversed, with ten dollars costs and disbursements in one case.

Meyer L. Reichenbach, *Respondent, v.* Ruloff Spethman and another, *Appellants.* — Order reversed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

Elijah H. Purdy and others, *Respondents, v.* Edwin J. Dunning, Jr., *Appellant.* — Order affirmed, with ten dollars costs and disbursements.

Charles L. Harding and others, *Appellants, v.* Alice Hazard and others, *Respondents.* — Judgment reversed, new trial ordered, costs to abide event.

Joseph J. O'Donohue and another, *Respondents, v.* Zacharias E. Simmons, *Appellant.* — Judgment affirmed, with costs.

Anselmo Schloss, *Appellant, v.* James N. Plump, *Respondent.*

Joseph Rosenthal, *Appellant, v.* The Same.—Judgments reversed, new trial ordered, costs to abide event.

Erwin Butterworth, *Appellant, v.* Mario Liebman, *Respondent.*— Judgment affirmed, with costs.

William H. Parsons and others, *Respondents, v.* Daniel J. Sprague and others, *Appellants.* — Judgment affirmed.

Robert J. Livingston and others, *Appellants, v.* Russell Sage and others, *Respondents.* — Order affirmed, with ten dollars costs and disbursements, on opinion of Lawrence, J.

George F. Gantz, *Respondent, v.* John W. Holgate, *Appellant.*— Order reversed and attachment vacated, without costs.